# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LARWUSON G. MULBAH,

       Plaintiffs,                             CASE NO. 02-CV-72232

-vs-                                         PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

YPSILANTI BOARD OF EDUCATION,
ET AL.

       Defendants.

_____/

## ORDER
## ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation Granting Defendants' Motion for Summary Judgment. (Docket No. 79).

On December 17, 2004, this Court referred all pretrial matters in this case to the Magistrate Judge. (Docket No. 53). Defendants filed their Motion for Summary Judgment on April 14, 2006. (Docket No. 72). The Magistrate Judge allowed Plaintiff until June 15, 2006, to file a response, but Plaintiff never did. On September 5, 2006, the Magistrate Judge filed the instant Report and Recommendation. Plaintiff has not filed any timely Objections pursuant to 28 U.S.C. § 636(b)(1) or Local Rule 72.1(d)(2).

Upon consideration of the record, the Court **ACCEPTS** the Magistrate Judge's Report and Recommendation **GRANTING** Summary Judgment to Defendants.

**SO ORDERED**.

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: November 7, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 7, 2006.

                s/Denise Goodine
                Case Manager